## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DEREK M. ALLEY**               *

   *Plaintiff,*               *

**vs.**                          *     Case No.: 1:15-cv-01446

**EQUIFAX, INC., et al.**        *

                              *

   **Defendants**
*   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT MOTION TO EXTEND SETTLEMENT ORDER

Plaintiff, Derek M. Alley respectfully requests an extension of time of thirty (30) days for the right of a party to move for good cause to reopen this action if settlement is not consummated extending this deadline until March 15, 2016. Defendant, Verizon Wireless Telecom, Inc. consents to this motion.

Dated: January 26, 2016  Respectfully Submitted,


       */s/ E. David Hoskins*
       E. David Hoskins, Esq., No. 06705
       THE LAW OFFICES OF E. DAVID HOSKINS, LLC
       16 E. Lombard Street, Ste. 400
       Baltimore, Maryland 21202
       (410) 662-6500 (Tel.)
       *Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served electronically through the Court's CM/ECF system upon counsel for all parties.


January 26, 2016.     */s/ E. David Hoskins*
           E. David Hoskins, Esq.